UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA ICKES,<br><br>  Plaintiff,<br><br>  v.<br><br>YOLO COUNTY HEALTH AND HUMAN SERVICES/CHILD WELFARE SERVICES,<br><br>  Defendant. | No.  2:21-cv-01276-TLN-DB<br><br>**ORDER** |

Plaintiff is proceeding *pro se* with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 9, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations.  (ECF No. 12.)  The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 9, 2021 (ECF No. 12) are adopted in full;

2. Plaintiff's complaint (ECF No. 1) is dismissed without prejudice; and

3. This action is closed.

DATED: March 8, 2022

*(signature)*
Troy L. Nunley
United States District Judge